The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-022 JLR |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER OF DISMISSAL |
| JAIME GUZMAN-PENA, | |
| Defendant. | |

Upon motion by the United States of America, requesting the dismissal without prejudice of defendant JAIME GUZMAN-PENA, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure; this Court, having reviewed the entirety of the files herein, hereby ORDERS,

The Information in the above-entitled cause is DISMISSED WITHOUT PREJUDICE as to Defendant JAIME GUZMAN-PENA.

//
//
//
//

ORDER OF DISMISSAL - 1
*United States v. Guzman-Pena*, CR18-022 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Clerk of the Court is directed to provide a copy of this Order of Dismissal to the United States Marshals Service.

Dated this 12th day of February, 2018.

JAMES L. ROBART
United States District Court Judge

Presented by:

*s/Siddharth Velamoor*
SIDDHARTH VELAMOOR
Assistant United States Attorney

ORDER OF DISMISSAL - 2
*United States v. Guzman-Pena*, CR18-022 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970